PER CURIAM.

(No. 73-CC-160—Claimant )

BILLY D. MYERS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed July 19, 1973.*

BILLY D. MYERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

Per Curiam.